# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1898

_____

United States of America

*Plaintiff - Appellee*

v.

Jesse Luuloa Pier

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 2, 2014
Filed: October 7, 2014
[Unpublished]

_____

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jesse Pier directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to unlawful transportation of a minor for sexual

---

[1] The Honorable Greg Kays, Chief Judge United States District Court for the Western District of Missouri.

purposes. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Pier's sentence is excessive. In addition, counsel has moved for leave to withdraw.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 460-61 (8th Cir. 2009) (en banc) (describing appellate review of sentencing decisions; where sentence falls within Guidelines range, appeals court may, but is not required to, apply presumption of reasonableness). Further, having independently reviewed the record in accordance with *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

_____